UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZACHARY ANTHONY JOHNS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:21-cv-54 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| Defendant. | § | |

## DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Home Depot U.S.A., Inc. ("Home Depot" herein), who files this its Notice of Removal, on the basis of diversity jurisdiction, and would show the Court as follows:

1. Home Depot is the Defendant in a civil action pending in Harris County, Texas, entitled *Zachary Anthony Johns vs. Home Depot U.S.A., Inc.*; Cause No. 2020-78862 (hereinafter referred to as the "State Court Action"). An Index of Documents Filed with the Notice of Removal is attached hereto as Exhibit "A," and true and correct copies of all process, pleadings, and orders served upon Home Depot in the State Court Action are attached hereto as Exhibit "B," as required by 28 U.S.C. §1446(a).

2. The State Court Action was filed on December 9, 2020. Home Depot was served with Plaintiff's Original Petition on December 15, 2020.

3. Plaintiff Zachary Anthony Johns is and was at the time of filing suit a resident of the state of Texas.

4. Home Depot is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Home Depot is and was, therefore, a citizen of the State of Delaware and Georgia.

5. Consequently, the district courts of the United States have original jurisdiction over this action based on completely diversity of citizenship amongst and between the parties, in that Plaintiff, on the one hand, and Home Depot, on the other hand, are now, and were at the time this action commenced, diverse in citizenship from each other.

6. The amount in controversy in the State Court Action is in excess of "$100,000.00 but not less than $200,000.00", exclusive of interests and costs as evidenced by the amount of monetary relief sought by Plaintiff in his Original Petition. Accordingly, the State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. §1332, as it is a civil action wholly between citizens of different states, and, the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases.

7. Under 28 U.S.C. §1446(a), venue of the removed action is proper in this Court as it is the district embracing the place where the State Court Action is pending.

8. Pursuant to 28 U.S.C. §1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Harris County, Texas, where the action was previously pending.

9. **Jury Demand** – Home Depot hereby requests trial by jury on all issues and claims in this cause.

WHEREFORE, Defendant Home Depot U.S.A., Inc. hereby removes the case *Zachary Anthony Johns vs. Home Depot U.S.A., Inc.*; Cause No. 2020-78862, and respectfully requests

that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

                Respectfully submitted,

                Hawkins Parnell & Young, LLP

By:   /s/*Amy Welborn*
      **AMY WELBORN**
      State Bar No. 24012853
      awelborn@hpylaw.com
      **TROY D. HELLING**
      State Bar No. 24007340
      thelling@hpylaw.com

      2705 Bee Caves Road, Suite 220
      Austin, Texas 78746
      (512) 687-6900
      (512) 687-6990 (Fax)
          -AND-
      4514 Cole Ave., Suite 500
      Dallas, TX  75205
      (214) 780-5100
      (214) 780-5200 (Fax)

      ATTORNEYS FOR DEFENDANT
      HOME DEPOT U.S.A., INC.

## CERTIFICATE OF SERVICE

    I hereby certify by my signature above that a true and correct copy of the foregoing document has been served on counsel of record by electronic filing, in accordance with the Federal Rules of Civil Procedure on this 7th day of January, 2021.

    Leena Joseph
    ljoseph@millerweisbrod.com
    Law Offices of Domingo Garcia, L.L.P.
    6200 Gulf Freeway, Suite 410
    Houston, Texas 77023